IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NICK BELL, also known as<br>Nick Deshawn Bell,<br><br>Defendant. | CRIMINAL FILE NO.<br>1:05-CR-30-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 65] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss on Speedy Trial Violation [Doc. 45]. For the reasons set forth in the Report and Recommendation, all of the time between October 20, 2005, and March 6, 2006, is excludable. After careful consideration of the Defendant's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss on Speedy Trial Violation [Doc. 45] is DENIED.

SO ORDERED, this 30 day of March, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge